UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| TINA MOORE, Individually and as surviving spouse of Harold Sheffield and for Jaycee Lee Moore as child of Harold Sheffield, deceased, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV423-259 |
| EAST GEORGIA HEALTHCARE CENTER, INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful <u>de novo</u> review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, (doc. 12), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. The United States of America's Motion to Substitute Party is **GRANTED**. (Doc. 5.) The Clerk is **DIRECTED** to add the United States as the sole defendant. <u>See</u> 28 U.S.C. § 2679(d)(1). Defendants East Georgia Regional Healthcare Center, Inc. and Phyllis Solomon, N.P., are **DISMISSED**. The Clerk is **DIRECTED** to lift the stay, consistent with the Magistrate Judge's Order. (Doc. 12, p. 2.) The parties are **DIRECTED** to confer pursuant to Federal Rule of Civil Procedure 26(f) and submit a Rule 26(f) Report no later than 30 days from the date of this Order.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of January, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA